**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 22-14013-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LANCE RATTERREE,**

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 83]. On July 29, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 79] during which Defendant pled guilty to Counts Five and Six of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 80, 81]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts Five and Six of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Counts Five and Six of the Indictment [ECF No. 83]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 83] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Lance Ratterree as to Counts Five and Six of the Indictment is **ACCEPTED**.

CASE NO. 22-14013-CR-CANNON

3. Defendant Lance Ratterree is adjudicated guilty of Counts Five and Six of the Indictment. Count Five charges him with distribution of 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B). Count Six charges him with possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 16th day of August 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record